ORIGINAL

1  HULETT HARPER STEWART LLP
   DENNIS STEWART, SBN: 99152
2  JENNIFER A. KAGAN, SBN: 234554
3  550 West C Street, Suite 1600
   San Diego, CA 92101
4  Telephone:   (619) 338-1133
   Facsimile:   (619) 338-1139
5
6  Attorneys for Plaintiffs, Susan Selfridge and
   Amiee Corlett
7  [Additional Counsel on Signature Page]

FILED

07 FEB 15 PM 12: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ PDL _____ DEPUTY

8              IN THE UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10 SUSAN SELFRIDGE and AMIEE           Case No. 07CV 0312  LAB WMc
   CORLETT, on Behalf of Themselves and All
11 Others Similarly Situated,           CLASS ACTION
12                                      NOTICE OF RELATED CASES
                Plaintiffs,
13
14 v.

15 LG.Philips LCD Co., Ltd; LG.Philips LCD
   America, Inc.; LG Electronics Inc.; Royal
16 Philips Electronics N.V.; Samsung
   Electronics Co., Ltd.; Samsung
17 Semiconductor, Inc.; AU Optronics
   Corporation; AU Optronics Corporation
18 America; Chi Mei Optoelectronics
   Corporation; Chi Mei Optoelectronics USA,
19 Inc.; Sharp Corporation; Sharp Electronics
20 Corporation; Toshiba Corporation; Matsushita
   Display Technology Co., Ltd.; Hitachi, Ltd.;
21 Hitachi Displays, Ltd.; Hitachi America, Ltd.;
   Hitachi Electronic Devices (USA), Inc.;
22 Sanyo Epson Imaging Devices Corporation;
   NEC Corporation; NEC LCD Technologies,
23 Ltd.; IDT International Limited; International
24 Display Technology Co., Ltd.; International
   Display Technology USA Inc.; Chunghwa
25 Picture Tubes, Ltd.; and HannStar Display
   Corporation,
26
27              Defendants.

28

**TO THE CLERK OF THE ABOVE ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 40.1(e), the instant matter *Susan Selfridge, et al. v. LG.Phillips LCD Co., Ltd., et al.* is related to the cases listed in Exhibit A attached hereto.

These cases arise from the same or substantially identical transactions, happenings or events, involve the same or substantially the same parties or property, calls for determination of the same or substantially identical questions of law and fact, and/or is likely for other reasons to entail substantial duplication of labor if heard by different judges.

A petition to the Judicial Panel on Multidistrict Litigation, *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL Docket No. 1827, in currently pending to coordinate and transfer the attached cases, and all related cases, to one court and judge for pretrial purposes.

DATED: February 14, 2007

HULETT HARPER STEWART LLP
DENNIS STEWART
JENNIFER A. KAGAN

*Dennis Stewart by JAK*
DENNIS STEWART

550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:   (619) 338-1133
Facsimile:   (619) 338-1139

GERGOSIAN & GRALEWSKI LLP
EDWARD M. GERGOSIAN
ROBERT J. GRALEWSKI, JR.
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:   (619) 230-0104
Facsimile:   (619) 230-0124

Attorneys for Plaintiffs, Susan Selfridge and Amiee Corlett

# EXHIBIT A

## RELATED CASES
### Exhibit A

| CASE NAME | C.A. NO. | COURT | JUDGE | DATE FILED |
|---|---|---|---|---|
| *Baker v. LG Philips LCD Company Ltd. et al* | 1:06-cv-14335 | S.D.N.Y. | John G. Koeltl | 12/11/06 |
| *Eliasoph v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07588 | N.D. Cal. | Susan Illston | 12/12/06 |
| *Sorokin v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07600 | N.D. Cal. | Susan Illston | 12/12/06 |
| *Nash v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07601 | N.D. Cal. | Susan Illston | 12/12/06 |
| *Forlan v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07602 | N.D. Cal. | Susan Illston | 12/12/06 |
| *Henderson v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07609 | N.D. Cal. | Susan Illston | 12/12/06 |
| *Maites v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07638 | N.D. Cal. | Susan Illston | 12/13/06 |
| *H. Truong v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07639 | N.D. Cal. | Maxine M. Chesney | 12/13/06 |
| *S. Truong v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07640 | N.D. Cal. | Susan Illston | 12/13/06 |
| *Crago Corporation v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07644 | N.D. Cal. | Susan Illston | 12/13/06 |
| *Elbaz v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-14423 | S.D.N.Y. | John G. Koeltl | 12/13/06 |
| *Kerson v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07678 | N.D. Cal. | Bernard Zimmerman | 12/14/06 |
| *Brock v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07679 | N.D. Cal. | James Larson | 12/14/06 |
| *Rozo v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07693 | N.D. Cal. | Susan Illston | 12/15/06 |
| *Hakim v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07699 | N.D. Cal. | Martin J. Jenkins | 12/15/06 |
| *Watson et al v. LG Philips LCD Company Ltd. et al* | 1:06-cv-15212 | S.D.N.Y. | John G. Koeltl | 12/15/06 |
| *Ferencsik v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-06714 | E.D.N.Y | Frederic Block | 12/20/06 |
| *DiMatteo v. L.G. Phillips LCD Co., Ltd. et al* | 1:06-cv-15342 | S.D.N.Y. | John G. Koeltl | 12/20/06 |
| *Burt v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-07831 | N.D. Cal. | Saundra Brown Armstrong | 12/21/06 |
| *Nakash et al v. LG Philips LCD Company Ltd. et al* | 1:06-cv-15391 | S.D.N.Y. | John G. Koeltl | 12/21/06 |
| *Harrell v. LG Phillips LCD, Co. Ltd, et al.* | 06-cv-06190 | D.N.J. | Susan Wigenton | 12/22/06 |

| CASE NAME | C.A. NO. | COURT | JUDGE | DATE FILED |
|---|---|---|---|---|
| Markham v. LG Phillips LCD, Co. Ltd, et al. | 06-cv-06191 | D.N.J. | Susan Wigenton | 12/22/06 |
| CMP Consulting Services, Inc. v. LG Phillips LCD, Co. Ltd, et al. | 06-cv-15417 | S.D.N.Y. | John G. Koeltl | 12/22/06 |
| Martel v. Sharp Corporation et al. | 3:06-cv-07888 | N.D. Cal. | Susan Illston | 12/26/06 |
| Eliav v. LG Phillips LCD, Co. Ltd, et al. | 06-07931 | N.D. Cal. | Maxine M. Chesney | 12/28/06 |
| Juetten v. LG Phillips LCD, Co. Ltd, et al. | 07-00009 | N.D. Cal. | Jeffrey S. White | 1/3/07 |
| Rowlette v. LG Phillips LCD, Co. Ltd, et al. | 07-00039 | N.D. Cal. | Susan Illston | 1/4/07 |
| Figone v. LG Phillips LCD, Co. Ltd, et al. | 07-cv-00042 | N.D. Cal. | Samuel Conti | 1/4/07 |
| Cabezas v. LG Phillips LCD, Co. Ltd, et al. | 07-cv-00084 | N.D. Cal. | Maxine M. Chesney | 1/5/07 |
| Home Technologies Bellevue LLC v. LG Phillips LCD, Co. Ltd, et al. | 07-cv-00039 | W.D. Wash. | James L. Robart | 1/9/07 |
| Computer World Solutions, Inc. v. LG Phillips LCD, Co. Ltd, et al. | 07-cv-00123 | N.D. Cal. | Claudia Wilken | 1/9/07 |
| Industrial Computing, Inc. v. LG Phillips LCD, Co. Ltd, et al. | 07-cv-00184 | N.D. Cal. | Bernard Zimmerman | 1/10/07 |
| Juan v. AU Optronics Corp. et al | 1:07-cv-00198 | S.D.N.Y. | John G. Koeltl | 01/10/07 |
| Omni Circuits International, LLC. v. LG Philips Co., LTD. et al | 3:07-cv-00258 | N.D. Cal. | Jeffrey S. White | 1/16/07 |
| Bierling v. LG Philips LCD Company Ltd. et al | 1:07-cv-00351 | S.D.N.Y. | Barbara S. Jones | 1/16/07 |
| Hansen v. AU Optronics Corporation et al. | 3:07-cv-00304 | N.D. Cal. | Susan Illston | 1/17/07 |
| TV & Appliance v. LG Philips LCD Co., LTD. et al. | 3:07-cv-00393 | N.D. Cal. | Susan Illston | 1/19/07 |
| Art's TV & Appliance v. LG Philips LCD Co., LTD. et al | 3:07-cv-00393 | N.D. Cal. | Samuel Conti | 01/19/07 |
| General Digital Corporation v. LG Philips LCD Co., LTD. et al. | 3:07-cv-00452 | N.D. Cal. | Maria-Elena James | 1/23/07 |
| Saia et al v. LG Philips LCD Co., LTD. et al. | 3:07-cv-00457 | N.D. Cal. | Samuel Conti | 1/23/07 |
| Diplomat Merchandise Corp. v. LG. Philips LCD Co., Ltd. | 1:07-cv-00653 | S.D.N.Y. | John G. Koeltl | 01/26/07 |

7028

2

| CASE NAME | C.A. NO. | COURT | JUDGE | DATE FILED |
|---|---|---|---|---|
| et al | | | | |
| Advanced Technology Distributors, Inc. v. Samsung Electronics Co., Ltd. et al. | 3:07-cv-00580 | N.D. Cal. | Jeffrey S. White | 1/29/07 |
| Blackwell v. Sharp Corporation et al. | 3:07-cv-00706 | N.D. Cal. | Joseph C. Spero | 02/02/07 |
| Ho v. LG Philips LCD Co., LTD. et al. | 4:07-cv-00708 | N.D. Cal. | Saundra Brown Armstrong | 2/2/07 |
| Hee v. LG Philips LCD Company, Ltd. et a.l | 3:07-cv-00722 | N.D. Cal. | Maxine M. Chesney | 02/02/07 |
| Anvik Corporation v. LG. Philips LCD Co., Ltd. et al | 1:07-cv-00816 | S.D.N.Y. | Stephen C. Robinson | 02/02/07 |
| Abrams v. LG. Phillips LCD Co. Ltd. et al | 1:07-cv-00909 | S.D.N.Y. | Kenneth M. Karas | 02/07/07 |
| Community Business Bank v. LG Philips LCD Co., LTD. et a.l | 3:07-cv-00813 | N.D. Cal | Samuel Conti | 2/8/07 |
| Wong et al v. Samsung Electronics Co. Ltd. et al. | 3:07-cv-00889 | N. D. Cal. | Maria-Elena James | 2/12/07 |

7028

3