Summons in a Civil Action (Rev 11/97)



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
2007 MAR -2 AM 10:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUSAN SELFRIDGE and AMIEE CORLETT, on Behalf of Themselves and All Others Similarly Situated,

vs

See attached list

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 0312    LAB WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

HULETT HARPER STEWART LLP
DENNIS STEWART
550 West C Street, Suite 1600
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                      MAR  2 2007
CLERK                                        DATE

By  L. ODIERNO , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

LG.Philips LCD Co., Ltd; LG.Philips LCD America, Inc.; LG Electronics Inc.; Royal Philips Electronics N.V.; Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; AU Optronics Corporation; AU Optronics Corporation America; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Matsushita Display Technology Co., Ltd.; Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi America, Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; IDT International Limited; International Display Technology Co., Ltd.; International Display Technology USA Inc.; Chunghwa Picture Tubes, Ltd.; and HannStar Display Corporation,

        Defendants.

LG.Philips LCD Co., Ltd; LG.Philips LCD America, Inc.; LG Electronics Inc.; Royal Philips Electronics N.V.; Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.;