CLOSED

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00312-LAB-WMC
### Internal Use Only

Selfridge et al v. LG.Philips LCD Co Ltd et al
Assigned to: Judge Larry Alan Burns
Referred to: Magistrate Judge William McCurine, Jr
Cause: 15:1 Antitrust Litigation

Date Filed: 02/15/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Susan Selfridge**
*on Behalf of Themselves and All Others Similarly Situated*

represented by **Dennis James Stewart**
Hulett Harper Stewart
550 West C Street
Suite 1600
San Diego, CA 92101
(619)338-1133
Fax: (619)338-1139
Email: dstewart@hulettharper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amiee Corlett**
*on Behalf of Themselves and All Other Similarly Situated*

represented by **Dennis James Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG.Philips LCD Co Ltd**

**Defendant**

**LG.Philips LCD America Inc**

**Defendant**

**LG Electronics Inc**

**Defendant**

**Royal Philips Electronics N.V.**

**Defendant**

**Samsung Electronics Co. Ltd.**

**Defendant**

**Samsung Semiconductor Inc**

**Defendant**

**AU Optronics Corp**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics Corp**

**Defendant**

**Chi Mei Optoelectronics USA Inc**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Matsushita Display Technology Co Ltd**

**Defendant**

**Hitachi Ltd.**

**Defendant**

**Hitachi Displays Ltd**

**Defendant**

Hitachi America Ltd.

Defendant

Hitachi Electronic Devices (USA) Inc

Defendant

Sanyo Epson Imaging Devices Corp

Defendant

NEC Corporation

Defendant

NEC LCD Technologies Ltd

Defendant

IDT International Limited

Defendant

International Display Technology Co Ltd

Defendant

International Display Technology USA Inc

Defendant

Chunghwa Picture Tubes Ltd

Defendant

HannStar Display Corp

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2007 | 1 | COMPLAINT against all defendants (Filing fee $350/#135047), filed by Susan Selfridge, Amiee Corlett; Demand for Jury Trial(kaj) Modified on 2/20/2007 to add receipt # (kaj). (Entered: 02/20/2007) |
| 02/15/2007 | 2 | NOTICE of Related Cases by Susan Selfridge, Amiee Corlett (kaj) (Entered: 02/20/2007) |
| 03/02/2007 | 3 | Summons Issued as to Samsung Electronics Co. Ltd., Samsung |

|  |  |  |
|---|---|---|
|  |  | Semiconductor Inc, AU Optronics Corp, AU Optronics Corporation America, Chi Mei Optoelectronics Corp, Chi Mei Optoelectronics USA Inc, Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co Ltd, Hitachi Ltd., Hitachi Displays Ltd, Hitachi America Ltd., Hitachi Electronic Devices (USA) Inc, Sanyo Epson Imaging Devices Corp, NEC Corporation, NEC LCD Technologies Ltd, IDT International Limited, International Display Technology Co Ltd, International Display Technology USA Inc, Chunghwa Picture Tubes Ltd, HannStar Display Corp, LG.Philips LCD Co Ltd, LG.Philips LCD America Inc, LG Electronics Inc, Royal Philips Electronics N.V. (jmj) (Entered: 03/02/2007) |
| 06/05/2007 | 4 | Case transferred to Northern District of California pursuant to MDL 1827. E-mailed the PDF file, certified copy of transfer order, and docket sheet. (bar, ) (Entered: 06/05/2007) |